DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Sims<br><br>Case Below:<br>174 N.C. App. 829 | No. 016P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1170) | Denied<br>(03/02/06) |
| State v. Smith<br><br>Case Below:<br>175 N.C. App. 421 | No. 050P06 | 1.  Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1331)<br><br>2.  Def's PWC | 1. Denied<br>(03/02/06)<br><br>2. Denied<br>(03/02/06) |
| State v. Smith<br><br>Case Below:<br>170 N.C. App. 461 | No. 346A05 | Def's Motion for Partial Remand to COA<br>(COA04-587) | Dismissed as<br>Moot<br>(03/02/06) |
| State v. Swanson<br><br>Case Below:<br>174 N.C. App. 628 | No. 700P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1350) | Denied<br>(03/02/06) |
| State v. Williams<br><br>Case Below:<br>174 N.C. App. 629 | No. 708P05 | Def-Appellant's PDR Under N.C.G.S.<br>§ 7A-31 (COA04-1506) | Denied<br>(03/02/06) |
| Taylor v. Abernathy<br><br>Case Below:<br>174 N.C. App. 93 | No. 646P05 | 1.  Plt's PWC to Review the Decision of<br>the COA (COA04-651)<br><br>2.  Defs' Conditional PWC to Review the<br>Decision of the COA | 1. Denied<br>(03/02/06)<br><br>2. Dismissed as<br>Moot<br>(03/02/06) |
| Terasaka v. AT&T<br><br>Case Below:<br>174 N.C. App. 735 | No. 696A05 | 1.  Plt's NOA (Dissent) (COA04-1572)<br><br>2.  Def's PDR As to Additional Issues | 1. ——<br><br>2. Allowed<br>(03/02/06) |
| Urhig v. Madaras<br><br>Case Below:<br>174 N.C. App. 357 | No. 668P05 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA04-1667) | Denied<br>(03/02/06) |

PETITIONS TO REHEAR

| | | | |
|---|---|---|---|
| Currituck Assocs.<br>Residential P'ship v.<br>Hollowell<br><br>Case Below:<br>360 N.C. 162 | No. 528A04 | Defs'/Plts' (Ray E. Hollowell, Jr. and<br>Shallowbag Bay Development Co., LLC)<br>Petition for Rehearing<br>(COA03-1082)<br>(COA03-1085) | Denied<br>01/31/06<br><br>**Martin, J.**<br>**Recused** |
| Jones v. City of<br>Durham<br><br>Case Below:<br>360 N.C. 81 | No. 137A05 | Plt's Petition for Rehearing<br>(COA04-662) | Allowed<br>02/15/06 |